UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>CYRNO TERRY LACKEY,<br><br>Movant. | No. 2:03-cr-00480 JAM AC 1<br><br><br><br>ORDER |

Movant, a former federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. ECF No. 77. Since movant may be entitled to the requested relief if he can establish a violation of his constitutional rights, respondent is directed to file an answer within thirty days of the effective date of this order. See Rule 4, Rules Governing Section 2255 Proceedings.

Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the motion. Rule 5, Rules Governing Section 2255 Proceedings. Movant's traverse, if any, is due on or before thirty days from the date respondent's answer is filed.

The Clerk of the Court shall serve a copy of this order, together with a copy of movant's motion, on the United States Attorney or his authorized representative.

/////

1

It is further ordered that the Clerk of Court correct the docket to reflect the pending nature of this post-conviction proceeding and to reopen the companion civil case of 2:19-cv-02633 JAM AC.

The Clerk of Court is also directed to update movant's address of record to 455 Eddy Street, #E-708, San Francisco, CA 94109, as a one-time courtesy, and to serve a copy of this order on movant at that address.

DATED: December 27, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE