UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:03-cr-00480 KJM AC 1 |
| Respondent, | |
| v. | ORDER |
| CYRNO TERRY LACKEY, | |
| Movant. | |

Movant, a former federal prisoner proceeding pro se, filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  On December 27, 2023, respondent was ordered to file a response to the motion within 30 days.  Respondent has failed to file a response within the time provided or to seek an extension of time to do so.

Accordingly, IT IS HEREBY ORDERED that respondent shall show cause in writing why sanctions should not be imposed for failing to respond to a court order.

DATED: February 7, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1