PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:03-CR-00480-KJM-AC |
|---|---|
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER |
| CYRNO TERRY LACKEY, | |
| Defendant. | |

On August 26, 2024, the Respondent's requested an extension of time to October 3, 2024, to file its motion to dismiss or response to Petitioner's 28 U.S.C. 2255 motion. ECF 77.

IT IS HEREBY ORDERED that the Respondent's request for an extension is granted. The response is now due October 3, 2024.

Dated: August 27, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1