PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CYRNO TERRY LACKEY,<br><br>Defendant. | CASE NO. 2:03-CR-00480 KJM AC<br><br>[~~PROPOSED~~] ORDER |

On October 3, 2024, the Respondent requested an extension of time to November 7, 2024, to file its motion to dismiss or respond to Petitioner's 28 U.S.C. § 2255 motion (ECF No. 77). ECF No. 99.

IT IS HEREBY ORDERED that the Respondent's request for an extension is granted. The response is now due November 7, 2024.

Dated: October 8, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1